No. 2670. GONZÁLEZ, APELANTE, *v.* RIVERA, APELADO.—Corte de Distrito de Arecibo. Resuelto en mayo 4, 1923. *Injunction* para recobrar la posesión. Examinada la moción del demandado apelado, las alegaciones y declaraciones de testigos sobre ejecución de la sentencia y no apareciendo de la declaración del propio demandado ni de ninguna parte de los autos que al dictarse la sentencia apelada existiera

la letrina y algibe a que se refiere la moción; se desestima la misma.